THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH LEON, Appellant.

Beldock, P. J., Christ, Rabin, Benjamin and Nolan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. MALLOY, Appellant.

Beldock, P. J., Brennan, Rabin and Munder, JJ., concur.